**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eric Lamont JOHNSON, a.k.a. William Ayala, a.k.a. Hafeez Malik Hakeem, a.k.a. Johnny Tomas, a.k.a. Chico Moniker, Defendant–Appellant.**

**No. 10–15576**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 17, 2011.

Vernon Wayne McNeal, Corcoran, CA, pro se.

Kenneth T. Roost, Esquire, AGCA—Office of the California Attorney General, San Francisco, CA, for Defendant–Appellant.

Before BARKETT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Ratliff, appointed counsel for Eric Johnson in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Johnson's conviction and sentence are

**AFFIRMED.**